

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

NextMetals Ltd. and Benton Wilcoxon,  * From the 238th District Court
of Midland County,
Trial Court No. CV58242.

Vs. No. 11-24-00233-CV  * October 10, 2024

Sparkie Properties, LLC,  * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against NextMetals Ltd. and Benton Wilcoxon.